UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:19-01716 FMO (ADS)                              Date:  April 24, 2020

Title:  *Shakar Rahimi v. Andrew M. Saul, Commissioner of the Social Security Admin.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
　　　None Present　　　　　　　　　　　　　　None Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE & OBEY COURT ORDER**

　　　On September 9, 2019, Plaintiff, appearing pro se, filed this civil lawsuit seeking review of a decision of the Commissioner of the Social Security.

　　　On September 12, 2019, a Case Management Order was issued.  [Docket ("Dkt.") No. 7].  Pursuant to the Case Management Order, Plaintiff was to serve the summons and complaint on the government promptly in accordance with Federal Rules of Civil Procedure 4(i) and 20 C.F.R. § 423.1. Plaintiff was further ordered to file an appropriate proof of service within thirty (30) days from the date of the Case Management Order.

　　　Accordingly, Plaintiff was to have filed a proof of service of the government having been served with the summons and complaint no later than October 15, 2019.  To date, no proof of service has been filed and no request for an extension has been made.

　　　Plaintiff is **hereby ordered** to show cause in writing why this case should not be dismissed for failure to prosecute and obey Court orders by no later than **May 1, 2020**.  To meet this order, a proof of service may be filed, or Plaintiff may file a statement with the Court explaining why he has failed to properly serve the summons and complaint on the government in accordance with the Case Management Order and specify a date by

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:19-01716 FMO (ADS)                                          Date:  April 24, 2020

Title:  _Shakar Rahimi v. Andrew M. Saul, Commissioner of the Social Security Admin._

which one will be filed.  If Plaintiff has decided to no longer pursue this case, he may file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

**Failure to timely file the responses to this OSC with the Court, as directed above, may result in this action being dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh